UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                    **O R D E R**

            - against -                             08 MJ 480

CARLA DUNCAN,

                            Defendant.
-------------------------------------------------------------X

On December 19, 2008, the Court held a status conference on the issue of whether the

defendant Carla Duncan should be committed to the custody of the Attorney General pursuant to

18 U.S.C. §§ 4241(d)(1) and 4247(b) and (c). The Court reserved judgment on the issue.

Pending the Court's issuance of a Report and Recommendation, the Court hereby **ORDERS** that

Ms. Duncan remain at the Federal Medical Center, Carswell.



        **SO ORDERED**.

Dated: Brooklyn, New York
        December 19, 2008


                                        _____
                                        Cheryl L. Pollak
                                        United States Magistrate Judge